# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| DANIEL BROUGHTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-113 (WLS) |
| | : | |
| MAYKEL CARABALLO, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is a Consent Motion to Dismiss (Doc. 15), filed by the Parties pursuant to the Court's previous Order (Doc. 14) instructing the Parties to file a stipulation of dismissal of all claims by no later than Friday, May 30, 2025. Previously, the Parties filed a Joint Notice of Settlement and Motion to Stay All Deadlines (Doc. 13) notifying the Court that a settlement had been reached in the above-captioned matter. In the instant Motion, the Parties explain that the necessary settlement documents have been finalized, and compensation has been issued. Thus, the Parties request that the Court dismiss this action.

Upon review, it is **ORDERED** that the Consent Motion (Doc. 15) is **ACCEPTED** and **GRANTED**. The Court, therefore, orders that all Plaintiffs' claims pending against Defendants are **DISMISSED WITH PREJUDICE.** The Clerk is **DIRECTED** to close the instant case.

**SO ORDERED**, this 2nd day of June 2025.

                                                   **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**