IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL BROUGHTON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-113 (WLS) |
| | * |
| MAYKEL CARABALLO, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 2, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of June, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk